SCOTT N. SCHOOLS (SC 9990)
United States Attorney

DOUG SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3709
   Facsimile: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  4-07-70330 WDB |
|    Plaintiff, ) | STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT DATE AND WAIVING TIME UNDER SPEEDY TRIAL ACT TO JULY 24, 2007 at 10:00 a.m. |
|    v. ) | |
| RAHSAAN ROLAND ROBINSON, ) | |
|    Defendant. ) | |

     With the agreement of the parties, and with the consent of the defendant, the Court enters this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or preliminary hearing date for Defendant Rahsaan Roland Robinson to July 24, 2007 at 10:00 a.m. before the Honorable Wayne D. Brazil.  The parties appeared before the Court on June 11, 2007 and the Court found good cause to continue the preliminary hearing date to July 10, 2007.  Given the intervening holiday and the ongoing discussions between the parties, counsel for the defendant believes that further postponing the preliminary hearing is in her client's best interest and that it is not in her client's best interest for the United States to present an indictment before the current July 10, 2007 preliminary hearing date.  The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension.

     Defendant also agrees to toll and to waive for this period of time any time limits applicable under Title 18, United States Code, Section 3161.  The parties agree and stipulate that defense counsel needs time to review discovery and that an exclusion of time under the Speedy

1  Trial Act for effective preparation of counsel is warranted pursuant to 18 U.S.C. Section
2  3161(h)(8)(A) and (B)(iv).  Undersigned defense counsel represents that she has spoken with her
3  client, Mr. Robinson, and that Mr. Robinson agrees to the continuance and to time being tolled
4  and waived as requested.
5
6  **IT IS SO STIPULATED**.
7  DATED:_____            _____/S/_____
                                      DIANA L. WEISS
8                                     Attorney for Defendant
9
10 DATED:_____            _____/S/_____
                                      KESLIE STEWART
11                                    Assistant United States Attorney
12
   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
13 "conformed" signature (/S/) within this e-filed document.
14
15
16
17 **IT IS SO ORDERED.**
18
19
20 DATED:_____            _____
                                      WAYNE D. BRAZIL
21                                    United States Magistrate Judge
22
23
24
25
26
27
28