**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*1301 Clay Street, Suite 340S*
*Oakland, California  94612-5217*
*PHONE: (510) 637-3709*
*FAX:(510) 637-3724*

July 20, 2007

Hon. Wayne D. Brazil
United States Magistrate Court
United States Courthouse
1301 Clay Street
Oakland, CA 94612

Re:   <u>United States v. Rahsaan Roland Robinson</u>, CR 07-70330-WDB

Dear Judge Brazil:

  This confirms that Mr. Robinson waived indictment this morning before Judge Vadas and was arraigned on an information.  The case has been assigned to Judge Jenkins (CR 07-00463-MJJ) and the first appearance in district court is set for August 31, 2007 at 2:00 p.m. in Oakland.  Please vacate the preliminary hearing date in your courtroom this coming Tuesday, July 24 at 10:00.

              Very truly yours,

              SCOTT N. SCHOOLS
              United States Attorney


              _____/S/_____
              KESLIE STEWART
              Assistant United States Attorney